BETSEY SQUIRES, Appellant, *v.* COLEMAN ROBINSON, as Executor, etc., Respondent.

(Submitted October 29, 1886; decided November 23, 1886.)

*W. Farrington* for appellant.

*Ambrose Ryder* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.